Adam P. Segal Esq., Nevada Bar No. 6120
Christopher M. Humes Esq., Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: asegal@bhfs.com
Email: chumes@bhfs.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE ELECTRICAL WORKERS PENSION TRUST; AND BOARD OF TRUSTEES OF THE LAS VEGAS ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST FUND, <br><br> Plaintiffs <br><br> v. <br><br> YESCO, LLC, a Utah limited liability company, <br><br> Defendant | CASE NO.: 2:22-cv-00530-CDS-VCF <br><br> **JOINT STIPULATION AND ORDER TO DISMISS BOARD OF TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST AND BOARD OF TRUSTEES OF THE LAS VEGAS ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST FUND WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiffs, Board of Trustees of the Electrical Workers Health and Welfare Trust; Board of Trustees of the Electrical Workers Pension Trust; and Board of Trustees of the Las Vegas Electrical Joint Apprenticeship and Training Trust Fund (collectively, "Plaintiffs") and Defendant YESCO LLC ("Defendant"), by and through their respective counsels of record, hereby stipulate and agree subject to the Court's approval, that the Board of Trustees of the Electrical Workers Health and Welfare Trust and Board of Trustees of the Las Vegas Electrical Joint Apprenticeship and Training Trust Fund are

1

25169257.1

1  dismissed as Plaintiffs with prejudice, with the parties each bearing their own attorney's fees and
2  costs incurred in this action.
3      DATED this 13th day of February, 2023.

| | |
|---|---|
| JACKSON LEWIS P.C. | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| By: /s/ Hilary A. Williams | By: Christopher M. Humes |
| Paul T. Trimmer, Esq.<br>Nevada Bar No. 9291<br>Lynne K. McChrystal, Esq.<br>Nevada Bar No. 14739<br>Hilary A. Williams, Esq.<br>Nevada Bar No. 14645<br>300 South Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 | Adam P. Segal, Esq.<br>Nevada Bar No. 6120<br>Christopher M. Humes, Esq.<br>Nevada Bar No. 12782<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614 |
| Attorneys for Defendant | Attorneys for Plaintiffs |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

**DATED:** February 13, 2023

25169257.1