Adam P. Segal Esq., Nevada Bar No. 6120
Christopher M. Humes Esq., Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135
Email: asegal@bhfs.com
Email: chumes@bhfs.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE ELECTRICAL WORKERS PENSION TRUST; BOARD OF TRUSTEES OF THE ELECTRICAL WORKERS PENSION TRUST; AND BOARD OF TRUSTEES OF THE LAS VEGAS ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST FUND,<br><br>Plaintiffs<br><br>v.<br><br>YESCO, LLC, a Utah limited liability company,<br><br>Defendant | CASE NO.: 2:22-cv-00530-~~DCS~~-VCF  (CDS)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Board of Trustees of the Electrical Workers Pension Trust ("Plaintiff"), by and through its counsel of record, Adam P. Segal, Esq., and Christopher M. Humes, Esq., of the law firm of Brownstein Hyatt Farber Schreck, LLP, and Defendant, YESCO LLC ("Defendant"), by and through its counsel of record Paul T. Trimmer, Esq., Lynn K. McChrystal, Esq., and Hilary A. Williams, Esq., of the law firm

/ / /

/ / /

1

26100589.1

of Jackson Lewis, P.C., hereby stipulate and agreed to a dismissal with prejudice of any and all claims in the above-captioned litigation. Each party shall bear its own costs, expenses and attorney's fees.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | JACKSON LEWIS P.C. |
|---|---|
| /s/ Christopher M. Humes | /s/ Paul T. Trimmer |
| Adam P. Segal, Esq. | Paul T. Trimmer, Esq. |
| Nevada Bar No. 6120 | Nevada Bar No. 9291 |
| Christopher M. Humes, Esq. | Lynne K. McChrystal, Esq. |
| Nevada Bar No. 12782 | Nevada Bar No. 14739 |
| 100 North City Parkway, Suite 1600 | Hilary A. Williams, Esq. |
| Las Vegas, Nevada 89106-4614 | Nevada Bar No. 14645 |
| | 300 South Fourth Street, Suite 900 |
| | Las Vegas, Nevada 89101 |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| Dated: September 29, 2023 | Dated: September 29, 2023 |

**O R D E R**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 2, 2023

CASE NO.: 2:22-cv-00530-~~DCS~~-VCF
                                    CDS

26100589.1